| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bill Blass Ltd, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **14-199-0504** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**550 7th Avenue<br>New York, NY**<br>ZIP CODE **10018** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bill Blass Ltd, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  Not Applicable** _____ <br> Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br><br> ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br><br> If this is a joint petition: <br><br> ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br><br> ☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. <br><br> ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). <br><br> _____ <br> (Name of landlord that obtained judgment) <br><br> _____ <br> (Address of landlord) <br><br> ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br><br> ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br><br> ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bill Blass Ltd, LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X   **Not Applicable**<br>    Signature of Debtor<br><br>X   **Not Applicable**<br>    Signature of Joint Debtor<br><br>    Telephone Number (If not represented by attorney)<br><br>    Date | X   **Not Applicable**<br>    (Signature of Foreign Representative)<br><br>    (Printed Name of Foreign Representative)<br><br>    Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X   **/s/ Harold S. Berzow**<br>    Signature of Attorney for Debtor(s)<br><br>**Harold S. Berzow  Bar No.  HB 8261**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Ruskin Moscou Faltischek, PC**<br>Firm Name<br><br>**1425 RexCorp Plaza Uniondale, NY  11556**<br><br>Address<br><br>**(516) 663-6600**<br>Telephone Number<br><br>**12/31/2008**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address |

| **Signature of Debtor (Corporation/Partnership)** | X   **Not Applicable** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X   **s/ Craig Hoffman**<br>    Signature of Authorized Individual<br><br>**Craig Hoffman**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**12/31/2008**<br>Date | Date<br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## United States Bankruptcy Court

## Southern District of New York

In re:                                                                    Case No. _____

                                                                         Chapter      **7**

**Bill Blass Ltd, LLC**


# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Craig Hoffman**, declare under penalty of perjury that I am the **President** of **Bill Blass Ltd, LLC**, a **Delaware** Corporation and that on  the following resolution was duly adopted by the  of this Corporation:


"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Craig Hoffman**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Craig Hoffman**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

 Be It Further Resolved, that **Craig Hoffman**, **President** of this Corporation, is authorized and directed to employ **Harold S. Berzow**, attorney and the law firm of **Ruskin Moscou Faltischek, PC** to represent the Corporation in such bankruptcy case."


Executed on:   **12/31/2008** _____          Signed:     **s/ Craig Hoffman** _____

                                                                         **Craig Hoffman**

**B6A (Official Form 6A) (12/07)**

In re:  **Bill Blass Ltd, LLC**                                                Case No. _____
                                                                                              **(If known)**
                          **Debtor**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | Total ➢ | **0.00** | |

(Report also on Summary of Schedules.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————x

In re

**Bill Blass Ltd, LLC**

Case No.:

Chapter            7

                              Debtor(s)
————————————————————x

## DECLARATION RE: ELECTRONIC FILING

## PART I - - DECLARATION OF PETITIONER[S]:

**Bill Blass Ltd, LLC**

the undersigned debtor[s], hereby declare under penalty of perjury, that the information I [we] have given my [our] attorney and the information provided in the electronically filed petition is true and correct.  I [We] consent to my [our] attorney sending my [our] petition, and the accompanying statements and schedules to the United States Bankruptcy Court, the trustee appointed in my [our] case and the United States Trustee.  I [We] understand that failure to provide the trustee with the signed original of this Declaration Re: Electronic Filing within 15 days following the date the petition was electronically filed will cause my [our] case to be dismissed pursuant to 11 U.S.C § 707(a)(3) without further notice.

Dated: **12/31/2008**

Signed:   **s/ Craig Hoffman**
          **Craig Hoffman**

## PART II - - DECLARATION OF ATTORNEY:

        I declare under penalty of perjury that I have reviewed the above debtor's(s') petition, schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. The debtor(s) will have signed this form before I file the petition, schedules and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court, and I will send copies of this declaration, the petition, schedules and statements to the  trustee appointed in this case and to the United States Trustee. This declaration is based upon all information of which I have knowledge.

Dated:   **12/31/2008**

Signed:   **/s/ Harold S. Berzow**
          **Harold S. Berzow**
                    Attorney for Debtor[s]

B6B (Official Form 6B) (12/07)

In re  **Bill Blass Ltd, LLC**_____,        Case No. _____
                        **Debtor**                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **J.P. Morgan Chase** | | **$90,000. est** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Net of Doubtful Accounts** | | **155,361.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re    **Bill Blass Ltd, LLC**                                    ,        Case No. _____
                        **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellouneous Fixed Assets** | | **11,250.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | | **Estimated at Book Value** | | **25,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_1_    continuation sheets attached                Total    >    **$ 191,611.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6D (Official Form 6D) (12/07)**

In re    **Bill Blass Ltd, LLC** _____ .        Case No. _____

                     **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | |
| | | | **VALUE** _____ | | | | | |

0    continuation sheets
attached

                                            Subtotal   ➤
                                            (Total of this page)

| | |
|---|---|
| $ 0.00 | $ 0.00 |

                                          Total   ➤
                                          (Use only on last page)

| | |
|---|---|
| $ 0.00 | $ 0.00 |

                                      (Report also on Summary of    (If applicable, report
                                      Schedules)    also on Statistical
                                               Summary of Certain
                                               Liabilities and
                                               Related Data.)

B6E (Official Form 6E) (12/07)

In re __Bill Blass Ltd, LLC_____     Case No. _____
                         Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑    **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑    **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>3</u>  **continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re **Bill Blass Ltd, LLC** _____    Case No. _____
                           Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Contributions to Employee Benefit Plans**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Local- 89-22-1 and Local 10<br>275 7th Ave.<br>New York, NY 10001** | | | **Estimated withdrawal liabilities** | | X | | 60,000.00 | 60,000.00 | 0.00 |

Sheet no. <u>1</u> of <u>3</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ▷<br>(Totals of this page) | $  60,000.00 | $  60,000.00 | $  0.00 |
| Total ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

**B6E (Official Form 6E) (12/07) – Cont.**

In re    **Bill Blass Ltd, LLC**                                         Case No. _____
                                                                                      (If known)
—————————————————————————
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mercury Distribution SA**<br>**1204**<br>**Geneve, Switzerland** | | | **Customer Deposit** | | | | **9,371.00** | **6,946.00** | **2,425.00** |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $ **9,371.00** | $ **6,946.00** | $ **2,425.00** |
| Total   ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total   ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

**B6E (Official Form 6E) (12/07) – Cont.**

In re    **Bill Blass Ltd, LLC**                                          Case No. _____
_____                                      (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**290 Broadway**<br>**New York, NY 100003** | | | | | | | 0.00 | 0.00 | 0.00 |
| ACCOUNT NO.<br>**NYS Sales Tax**<br>**State Campus**<br>**Albany, NY 12227** | | | **Last quarter of 2008/ estimated** | X | | | 5,000.00 | 5,000.00 | 0.00 |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $   5,000.00 | $   5,000.00 | $   0.00 |
| Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $   74,371.00 | | |
| Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $   71,946.00 | $   2,425.00 |

B6F (Official Form 6F) (12/07)

In re  <u>Bill Blass Ltd, LLC</u>                                    Case No. _____
                          Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 4,233.33 |
| 1 MODEL MANAGEMENT,LLC 42 BOND STREET SECOND FL. NEW YORK,NY 10012 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 1,723.00 |
| A PLUS COURIERS 6 MAIDEN LANE 5TH FLOOR NEW YORK,NY 10038 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 1,055.96 |
| ACTION CARTING ENVIR.INC. P.O.BOX 2698 NEWARK,NJ 07114 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 671.26 |
| ADP,INC. P.O.BOX 9001006 LOUISVILLE,KY 40290-1006 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 602.53 |
| ADT SECURITY SERVICES P.O.BOX 371967M PITTSBURGH,PA 15250 | | | 0 | | | | |

<u>15</u>   Continuation sheets attached

Subtotal ➤ | $ | 8,286.08

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Bill Blass Ltd. LLC</u>                                    Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ANK INTERNATIONAL,INC.<br>225 WEST 39TH STREET<br>4TH FL.<br>NEW YORK,NY 10018 | | | 0 | | | | 39,120.00 |
| ACCOUNT NO.<br><br>ARI INC.<br>270 WEST 39TH STREET<br>16TH FL.<br>NEW YORK,NY 100018 | | | 0 | | | | 60,265.00 |
| ACCOUNT NO.<br><br>ARTFE<br>376 BROADWAY<br>SUITE 9D<br>NEW YORK,NY 10013 | | | 0 | | | | 2,212.50 |
| ACCOUNT NO.<br><br>ASIAN SILK &TEXTILE EXC.,LTD<br>224 WEST 35TH STREET<br>SUITE 308<br>NEW YORK,NY 10001 | | | 0 | | | | 3,874.00 |
| ACCOUNT NO.<br><br>AVIVA EMBROIDERIES,INC.<br>315 WEST 39TH STREET<br># 702<br>NEW YORK,NY 10018 | | | 0 | | | | 12,850.00 |

Sheet no. <u>1</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    118,321.50

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Bill Blass Ltd, LLC</u>                                    Case No. _____

                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**BELLA PRINTS**<br>**262 WEST 38TH STRET**<br>**SUITE 806**<br>**NEW YORK,NY 10018** | | | 0 | | | | **1,100.00** |
| ACCOUNT NO.<br>**BLUE STAR SILK CORP.**<br>**108 WEST 39TH STREET**<br>**NEW YORK,NY 10018** | | | 0 | | | | **6,815.77** |
| ACCOUNT NO.<br>**BROADWAY PATTERN SERVICE**<br>**246 WEST 38TH STREET**<br>**NEW YORK,NY 10018** | | | 0 | | | | **1,669.50** |
| ACCOUNT NO.<br>**BURRELLE'S LUCE**<br>**75 EAST NORTHFIELD ROAD**<br>**LIVINGSTON,NJ 07039** | | | 0 | | | | **455.74** |
| ACCOUNT NO.<br>**CANEPA S.P.A.**<br>**VIA TRINITA,1**<br>**22020 S.FERMO DELLA BATTAGLIA**<br>**ITALY 10018** | | | 0 | | | | **4,733.42** |

Sheet no.  2 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $        **14,774.43**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bill Blass Ltd, LLC**                                    Case No. _____
                        Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CHESTER MOUNTAIN DISTRIB.INC<br>5 SIDNEY CT<br>LINDENHURST,NY 11757-1011 | | | 0 | | | | 87.78 |
| ACCOUNT NO.<br>CO.DE.TEX S.R.L.<br>VIA CHIERI 107<br>10020 ANDEZENO (TO)<br>ITALY | | | 0 | | | | 261.80 |
| ACCOUNT NO.<br>COFFEE DISTRIBUTING CORP.<br>200 BROADWAY<br>P.O.BOX 766<br>GARDEN CITY PARK,NY 11040-0604 | | | 0 | | | | 361.72 |
| ACCOUNT NO.<br>CONNAUGHT THOMAS<br>9 RUE ERNEST PSICHARI<br>PARIS 75007<br>FRANCE | | | 0 | | | | 1,215.00 |
| ACCOUNT NO.<br>CREATE-A-MARKER,INC.<br>254 WEST 35TH STREET<br>10TH FL.<br>NEW YORK,NY 10001 | | | 0 | | | | 506.00 |

Sheet no. 3 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,432.30

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Bill Blass Ltd. LLC</u>                                    Case No. _____

                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**DRESS DISAB.BENEFIT FUND**<br>**450-7TH AVE**<br>**SUITE 1604**<br>**NEW YORK,NY 10123** | | | 0 | | | | **1,627.64** |
| ACCOUNT NO.<br><br>**DRESS HOLIDAY FUND**<br>**450 7TH AVE**<br>**SUITE 1604**<br>**NEW YORK,NY 10123** | | | 0 | | | | **7,812.75** |
| ACCOUNT NO.<br><br>**EASTERN SILK MILLS INC.**<br>**212 CATHERINE STREET**<br>**ELITHABETH,NJ 07201** | | | 0 | | | | **1,828.42** |
| ACCOUNT NO.<br><br>**EASTERN STATES HEALTH AND WELFARE FUND**<br>**P.O.BOX 1454 GPO**<br>**NEW YORK,NY 10116-1454** | | | 0 | | | | **86,917.97** |
| ACCOUNT NO.<br><br>**ELITE MODEL MANAGEMENT**<br>**404 PARK AVE SOUTH**<br>**9TH FL.**<br>**NEW YORK,NY 10016** | | | 0 | | | | **240.00** |

Sheet no. _4_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **98,426.78**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Bill Blass Ltd, LLC                                    Case No. _____
                         Debtor                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **4,478.06** |
| **EPIC ADVISORS INC.** **150 STATE STREET** **SUITE 200** **ROCHESTER,NY 14614** | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | **2,549.77** |
| **FEDERAL EXPRESS CORP.** **P.O.BOX 371461** **PITTSBURGH,PA 15250-7461** | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | **5,366.95** |
| **FIDELITY INVESTMENTS INSTITUTIONAL** **PO BOX 770002 # 251-122734** **CINCINNATI,OH 45277-8009** | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | **4,100.00** |
| **FINESSE EMBROIDERIES,INC.** **494 8TH AVE** **18FL.** **NEW YORK,NY 10001** | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | **348.95** |
| **FIRST CORPORATE SEDANS** **60 EAST 42ND STEET** **# 2424** **NEW YORK,NY 10165-0011** | | | 0 | | | | |

Sheet no. 5 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ›  $   **16,843.73**

Total  ›  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bill Blass Ltd. LLC**

Case No. _____

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,100.00 |
| FORD MODELS INC. P.O.BOX 29629 GENERAL POST OFFICE NEW YORK,NY 10087-9629 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 96.86 |
| GALE DELIVERY INC. 45 SWEENEYDALE AVE BAYSHORE,NY 11706 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 273.11 |
| GE CAPITAL P.O.BOX 642444 PITTSBURGH,PA 15264-2444 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 2,258.88 |
| GENTILI MOSCONI SPA VIA TEVERE,9 22070 CASNATE CON BERNATE ITALY | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 3,000.00 |
| GRAMERCY MODELS INC. 307 WEST 38TH STREET #923 #923 NEW YORK,NY 100018 | | | 0 | | | | |

Sheet no.  6 of 15 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $ **7,728.85**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bill Blass Ltd. LLC**                                    Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 112.50 |
| HYMAN HENDLER & SONS INC. 21 WEST 38TH STREET NEW YORK,NY 10018 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 19,600.00 |
| IMG MODELS,INC. 304 PARK AVE SOUTH 12TH FLOOR NEW YORK,NY 10010 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 540.00 |
| INOVIS,INC. P.O.BOX 198145 ATLANTA,GA 30384-8145 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 1,767.26 |
| KABACK ENTERPRISES INC. 45 WEST 25TH STREET NEW YORK,NY 10010 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 25,467.11 |
| KCD INC. 450 WEST 15TH STREET #604 NEW YORK,NY 10011 | | | 0 | | | | |

Sheet no.  7_ of 15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **47,486.87**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Bill Blass Ltd, LLC**                                    Case No. _____
                              **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 7,798.81 |
| **LANIFICIO BOTTA GIUSEPPE VIA B.SELLA,166 13825 VALLE MOSSO(BIELLA) ITALY** | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 367.20 |
| **LANIFICIO FRATELLI CERRUTI VIA CERNAIA 40, 13900 BIELLA-BI ITALY** | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 1,142.42 |
| **LANIFICIO LUIGI BOTTO S.P.A VIA ROMA 99 13825 VALLE MOSSO(BIELLA) ITALY** | | | 0 | | | | |
| ACCOUNT NO. | | | | X | X | X | 250,000.00 |
| **Local 8922-1 and Local-10 275 7th Ave. New York, NY 10001** | | | Union benefits/ estimated | | | | |
| ACCOUNT NO. | | | | | | | 735.87 |
| **L'OLIVIER DOWNTOWN 37 WEST 17TH STREET SUITE 7W NEW YORK,NY 10011** | | | 0 | | | | |

Sheet no.  8 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    260,044.30

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Bill Blass Ltd, LLC_____        Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 2,500.00 |
| LOTUS HAND EMBROIDERIES INC. 110 WEST 40TH STREET SUITE 2304 NEW YORK,NY 10018 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 3,394.00 |
| MANHATTAN TRIMMINGS CO. 242 WEST 36TH STREET NEW YORK,NY 10018 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 6,000.00 |
| MARILYN MODEL MNGT,INC. 32 UNION SQUARE EAST PENTHOUSE NEW YORK,NY 10003 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 1,005.00 |
| METROPOLITAN 37 BIS AVENUE D'IENA 75016 PARIS FRANCE | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 4,669.23 |
| MICHAEL GROVEMAN 38 GLENNDALE DRIVE OYSTER BAY COVE,NY 11771 | | | 0 | | | | |

Sheet no.  9 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                17,568.23

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Bill Blass Ltd, LLC**                                    Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 812.81 |
| **NEW WAY LOCKSMITH INC.** P.O.BOX 543 MIDTOWN STATION NEW YORK,NY 10018 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 10,380.00 |
| **NEW YORK MODEL MANAGEMENT** 7700 SUNSET BOULEVARD LOS ANGELES,CA 90046 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 9,452.22 |
| **ONE SOURCE PRINTING AND GRAPHICS** 108 WEST 39TH STREET,3RD FL. NEW YORK,NY 10018 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 1,327.40 |
| **PANDA INTERNATIONAL** 247 WEST 38TH STREET NEW YORK,NY 10018 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 722.79 |
| **PAPER CLIPS,INC.** P.O.BOX 402 WOOD-RIDGE,NJ 07075-0402 | | | 0 | | | | |

Sheet no.  10 of 15 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **22,695.22**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Bill Blass Ltd. LLC</u>                                    Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,001.92 |
| PETER SOM 2 HORATIO STREET APT.3A NEW YORK NY 10014 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 184.34 |
| PIONEER EXTERMINATING CO.,INC. 45 BROADWAY,8TH FL. NEW YORK,NY 10006 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 29.49 |
| POLAND SPRING P.O.BOX 52271 PHOENIX,AZ 85072-2271 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 48.77 |
| PRECISION INTERCONNECT 161 EAST 32ND STREET NEW YORK,NY 10016 | | | 0 | | | | |
| ACCOUNT NO. | | | | | | | 332.92 |
| PURCHASE POWER P.O.BOX 856042 LOUISVILLE,KY 40285-6042 | | | 0 | | | | |

Sheet no. <u>11</u> of <u>15</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢  $     1,597.44

Total ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Bill Blass Ltd, LLC**                                      Case No. _____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>R & C APPAREL CORP.<br>344 WEST 38TH STREET<br>2ND FL.<br>NEW YORK,NY 10018 | | | 0 | | | | 25.00 |
| ACCOUNT NO.<br><br>RATTI SPA C/O UNICREDITO ITALIANO<br>150EAST 42ND STREET,32ND FL.<br>NEW YORK,NY 10017 | | | 0 | | | | 13,133.14 |
| ACCOUNT NO.<br><br>RED MODEL MANAGEMENT-NYC<br>15 BROAD STREET<br>SUITE 3320<br>NEW YORK,NY 10005 | | | 0 | | | | 13,500.00 |
| ACCOUNT NO.<br><br>REMARKABLE BUTTONS<br>242 WEST 36TH STREET<br>10TH FL.<br>NEW YORK,NY 10018 | | | 0 | | | | 84.00 |
| ACCOUNT NO.<br><br>RONAL SALES<br>148 WEST 37TH STREET<br>NEW YORK,NY 10018 | | | 0 | | | | 1,505.50 |

Sheet no. _12_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $      28,247.64

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Bill Blass Ltd, LLC</u>                                              Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**THE GLOBAL FUR GROUP<br>150 WEST 30TH STREET<br>5TH FL.<br>NEW YORK,NY 10001** | | | 0 | | | | **44,655.00** |
| ACCOUNT NO.<br>**THE STATE INSURANCE FUND WORKERS COMP<br>P.O.BOX 4788<br>SYRACUSE,NY 13221-4788** | | | 0 | | | | **14,912.04** |
| ACCOUNT NO.<br>**THE SUPPORTING CAST<br>10 EAST 40TH.STREET<br>SUITE #1300<br>NEW YORK,NY 10016** | | | 0 | | | | **7,251.75** |
| ACCOUNT NO.<br>**TIFFANY CARTING CORP.<br>465 JOHNSON AVE<br>BROOKLYN,NY 11237** | | | 0 | | | | **257.82** |
| ACCOUNT NO.<br>**TRADE MARK DI NICOLA SCIELDONE<br>VIA BOLOGNA 340,59100 PRATO<br>ITALY** | | | 0 | | | | **3,000.00** |

Sheet no. <u>13</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **70,076.61**

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  <u>Bill Blass Ltd, LLC</u>                                    Case No. _____
                                   Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**TRANSATLANTIC TEXTILES,INC.**<br>**232 MADISON AVE**<br>**# 805**<br>**NEW YORK,NY 10016** | | | 0 | | | | **671.40** |
| ACCOUNT NO.<br><br>**UPS**<br>**P.O.BOX 4980**<br>**HAGERTOWN,MD 21747-4980** | | | 0 | | | | **721.15** |
| ACCOUNT NO.<br><br>**UPS SUPPLY CHAIN SOLUTIONS**<br>**28013 NETWORK PLACE**<br>**CHICAGO,IL 60673-1280** | | | 0 | | | | **283.89** |
| ACCOUNT NO.<br><br>**VERIZON**<br>**P.O.BOX 15124**<br>**ALBANY,NY 12212-5124** | | | 0 | | | | **42.64** |
| ACCOUNT NO.<br><br>**VNY MODEL MANAGEMENT**<br>**928 BROADWAY**<br>**SUITE 800**<br>**NEW YORK NY 10010** | | | 0 | | | | **2,700.00** |

Sheet no. <u>14</u> of <u>15</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **4,419.08**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   **Bill Blass Ltd, LLC**                                    Case No. _____
                              **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**WOMEN MGMT-NEW YORK**<br>**199 LAFAYETTE STREET**<br>**7TH FLOOR**<br>**NEW YORK,NY 10012** | | | 0 | | | | **36,000.00** |

Sheet no. _15_ of _15_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **36,000.00**

Total ➤ | $ | **754,949.06**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

**B6G (Official Form 6G) (12/07)**

In re:  **Bill Blass Ltd, LLC** _____,    Case No. _____
                              **Debtor**                                        **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Bill Blass Ltd, LLC**                                    Case No. _____
                    _____.                          **(If known)**
                    **Debtor**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re:   **Bill Blass Ltd, LLC**                                    Case No. _____

                                                                      Chapter   **7**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:                     $ _____ **0.00**

PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

    2.  Gross Monthly Income:                                                  $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)                        $ _____ **0.00**
    4.  Payroll Taxes                                                       _____ **0.00**
    5.  Unemployment Taxes                                                  _____ **0.00**
    6.  Worker's Compensation                                              _____ **0.00**
    7.  Other Taxes                                                        _____ **0.00**
    8.  Inventory Purchases (Including raw  materials)                     _____ **0.00**
    9.  Purchase of Feed/Fertilizer/Seed/Spray                             _____ **0.00**
   10.  Rent (Other than debtor's principal residence)                    _____ **0.00**
   11.  Utilities                                                          _____ **0.00**
   12.  Office Expenses and Supplies                                       _____ **0.00**
   13.  Repairs and Maintenance                                            _____ **0.00**
   14.  Vehicle Expenses                                                   _____ **0.00**
   15.  Travel and Entertainment                                           _____ **0.00**
   16.  Equipment Rental and Leases                                        _____ **0.00**
   17.  Legal/Accounting/Other Professional Fees                          _____ **0.00**
   18.  Insurance                                                          _____ **0.00**
   19.  Employee Benefits (e.g., pension, medical, etc.)                   _____ **0.00**
   20.  Payments to Be Made Directly By Debtor to Secured Creditors For
         Pre-Petition Business Debts (Specify):
         **None**                                                          _____
   21.  Other (Specify):
         **None**                                                          _____
   22.  Total Monthly Expenses (Add items 3 - 21)                           $ _____ **0.00**

PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:

   23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)          $ _____ **0.00**

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court

## Southern District of New York

In re  **Bill Blass Ltd, LLC**                                                  ,          Case No. _____

                                        Debtor                                          Chapter    _7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        0.00 | | |
| B - Personal Property | YES | 2 | $    191.611.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $        0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $    74,371.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $    754.949.06 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 26 | $    191,611.00 | $    829,320.06 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re   Bill Blass Ltd, LLC _____          Case No. _____
                        Debtor                                                (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Craig Hoffman**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of ____**28**_____ sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.

Date ___**12/31/2008**_____          Signature:    **s/ Craig Hoffman** _____
                                                            **Craig Hoffman President** _____
                                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

## United States Bankruptcy Court
## Southern District of New York

In re:  **Bill Blass Ltd, LLC**                                                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Nexcen Fixed Asset Company, LLC** | **100%** | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Craig Hoffman**, **President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  <u>12/31/2008</u>                            **s/ Craig Hoffman**
                                                **Craig Hoffman ,President**
                                                Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re:  **Bill Blass Ltd, LLC**                                                                    ,          Case No. _____

                                          Debtor                                                                        (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **7,713,853.00** | **2007 Income** | **2007** |

## 2.  Income other than from employment or operation of business

None ☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None ☑    a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

2

None   b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Information to be provided I** | **to be provided by amendment** | | |

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

## 6.  Assignments and receiverships

None
☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ruskin Moscou Faltischek, PC**<br>**1425 RexCorp Plaza**<br>**Uniondale, NY 11556** | **December 31, 2008** | **$9,000. inclusive of $1,500. expenses** |

4

## 10. Other transfers

None  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☑  debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑  self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☑  sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within
☑  **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding
☑  the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information
concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

5

### 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the  name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

**6**

None ☑   c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None ☑   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑   b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19.  Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ron Fetzer** | **2007/08** |

None ☑   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☑   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

7

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Craig Hoffman** | **President** | **None. ownership 100% by NexCen Fixed Asset Company LLC.** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Michael Groveman** | **CEO** | **07/01/2008** |

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

8

## 24. Tax Consolidation Group.

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
☑      consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately
preceding the commencement of the case.

NAME  OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the
☐      debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the
commencement of the case.

NAME  OF PENSION FUND                   TAXPAYER IDENTIFICATION NUMBER (EIN)
**To be Provided**

* * * * * *

_[If completed on behalf of a partnership or corporation]_

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **12/31/2008**                Signature  **s/ Craig Hoffman**

**Craig Hoffman, President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

_Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571._

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re:    **Bill Blass Ltd., LLC**

Case No. _____

Chapter    **7** _____

_____ Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,500.00** |
| Prior to the filing of this statement I have received | $ | **7,500.00** |
| Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐    I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)    [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
      **\* Plus $1,500.00 for expenses**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **12/31/2008** _____

**/s/ Harold S. Berzow** _____

**Harold S. Berzow, Bar No.  HB 8261**

**Ruskin Moscou Faltischek, PC**
Attorney for Debtor(s)

# United States Bankruptcy Court
## Southern District of New York

In re   **Bill Blass Ltd, LLC**                                    Case No.

Debtor.                                                           Chapter   **7**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Bill Blass Ltd, LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

____**X**____   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| Owner | % of Shares Owned |
|---|---|
| **NexCen  Fixed Asset Company, LLC** | **100** |

OR,

_____   There are no entities to report.

By: /s/ Harold S. Berzow
**Harold S. Berzow**
Signature of Attorney
Counsel for   **Bill Blass Ltd, LLC**
Bar no.:   **HB 8261**
Address.:   **Ruskin Moscou Faltischek, PC**
**1425 RexCorp Plaza**
**Uniondale, NY  11556**
Telephone No.:   **(516) 663-6600**
Fax No.:
E-mail address:

1 MODEL MANAGEMENT,LLC
42 BOND STREET
SECOND FL.
NEW YORK,NY 10012


A PLUS COURIERS
6 MAIDEN LANE
5TH FLOOR
NEW YORK,NY 10038


ACTION CARTING ENVIR.INC.
P.O.BOX 2698
NEWARK,NJ 07114


ADP,INC.
P.O.BOX 9001006
LOUISVILLE,KY 40290-1006


ADT SECURITY SERVICES
P.O.BOX 371967M
PITTSBURGH,PA 15250


ANK INTERNATIONAL,INC.
225 WEST 39TH STREET
4TH FL.
NEW YORK,NY 10018


ARI INC.
270 WEST 39TH STREET
16TH FL.
NEW YORK,NY 100018


ARTFE
376 BROADWAY
SUITE 9D
NEW YORK,NY 10013


ASIAN SILK &TEXTILE EXC.,LTD
224 WEST 35TH STREET
SUITE 308
NEW YORK,NY 10001

```
AVIVA EMBROIDERIES,INC.
315 WEST 39TH STREET
# 702
NEW YORK,NY 10018



BELLA PRINTS
262 WEST 38TH STRET
SUITE 806
NEW YORK,NY 10018



BLUE STAR SILK CORP.
108 WEST 39TH STREET
NEW YORK,NY 10018



BROADWAY PATTERN SERVICE
246 WEST 38TH STREET
NEW YORK,NY 10018



BURRELLE'S LUCE
75 EAST NORTHFIELD ROAD
LIVINGSTON,NJ 07039



CANEPA S.P.A.
VIA TRINITA,1
22020 S.FERMO DELLA BATTAGLIA
ITALY 10018



CHESTER MOUNTAIN DISTRIB.INC
5 SIDNEY CT
LINDENHURST,NY 11757-1011



CO.DE.TEX S.R.L.
VIA CHIERI 107
10020 ANDEZENO (TO)
ITALY



COFFEE DISTRIBUTING CORP.
200 BROADWAY
P.O.BOX 766
GARDEN CITY PARK,NY 11040-0604
```

CONNAUGHT THOMAS
9 RUE ERNEST PSICHARI
PARIS 75007
FRANCE


CREATE-A-MARKER,INC.
254 WEST 35TH STREET
10TH FL.
NEW YORK,NY 10001


DRESS DISAB.BENEFIT FUND
450-7TH AVE
SUITE 1604
NEW YORK,NY 10123


DRESS HOLIDAY FUND
450 7TH AVE
SUITE 1604
NEW YORK,NY 10123


EASTERN SILK MILLS INC.
212 CATHERINE STREET
ELITHABETH,NJ 07201


EASTERN STATES HEALTH AND WELFARE F
P.O.BOX 1454 GPO
NEW YORK,NY 10116-1454


ELITE MODEL MANAGEMENT
404 PARK AVE SOUTH
9TH FL.
NEW YORK,NY 10016


EPIC ADVISORS INC.
150 STATE STREET
SUITE 200
ROCHESTER,NY 14614


FEDERAL EXPRESS CORP.
P.O.BOX 371461
PITTSBURGH,PA 15250-7461

FIDELITY INVESTMENTS INSTITUTIONAL
PO BOX 770002 # 251-122734
CINCINNATI,OH 45277-8009


FINESSE EMBROIDERIES,INC.
494 8TH AVE
18FL.
NEW YORK,NY 10001


FIRST CORPORATE SEDANS
60 EAST 42ND STEET
# 2424
NEW YORK,NY 10165-0011


FORD MODELS INC.
P.O.BOX 29629
GENERAL POST OFFICE
NEW YORK,NY 10087-9629


GALE DELIVERY INC.
45 SWEENEYDALE AVE
BAYSHORE,NY 11706


GE CAPITAL
P.O.BOX 642444
PITTSBURGH,PA 15264-2444


GENTILI MOSCONI SPA
VIA TEVERE,9
22070 CASNATE CON BERNATE
ITALY


GRAMERCY MODELS INC.
307 WEST 38TH STREET #923
#923
NEW YORK,NY 100018


HYMAN HENDLER & SONS INC.
21 WEST 38TH STREET
NEW YORK,NY 10018

```
IMG MODELS,INC.
304 PARK AVE SOUTH
12TH FLOOR
NEW YORK,NY 10010




INOVIS,INC.
P.O.BOX 198145
ATLANTA,GA 30384-8145




Internal Revenue Service
290 Broadway
New York, NY 100003




KABACK ENTERPRISES INC.
45 WEST 25TH STREET
NEW YORK,NY 10010




KCD INC.
450 WEST 15TH STREET
#604
NEW YORK,NY 10011




LANIFICIO BOTTA GIUSEPPE
VIA B.SELLA,166
13825 VALLE MOSSO(BIELLA)
ITALY




LANIFICIO FRATELLI CERRUTI
VIA CERNAIA 40,
13900 BIELLA-BI
ITALY




LANIFICIO LUIGI BOTTO S.P.A
VIA ROMA 99
13825 VALLE MOSSO(BIELLA)
ITALY




Local- 89-22-1 and Local 10
275 7th Ave.
New York, NY 10001
```

Local 8922-1 and Local-10
275 7th Ave.
New York, NY 10001


L'OLIVIER DOWNTOWN
37 WEST 17TH STREET
SUITE 7W
NEW YORK,NY 10011


LOTUS HAND EMBROIDERIES INC.
110 WEST 40TH STREET
SUITE 2304
NEW YORK,NY 10018


MANHATTAN TRIMMINGS CO.
242 WEST 36TH STREET
NEW YORK,NY 10018


MARILYN MODEL MNGT,INC.
32 UNION SQUARE EAST
PENTHOUSE
NEW YORK,NY 10003


Mercury Distribution SA
1204
Geneve, Switzerland


METROPOLITAN
37 BIS AVENUE D'IENA
75016 PARIS
FRANCE


MICHAEL GROVEMAN
38 GLENNDALE DRIVE
OYSTER BAY COVE,NY 11771


NEW WAY LOCKSMITH INC.
P.O.BOX 543
MIDTOWN STATION
NEW YORK,NY 10018

NEW YORK MODEL MANAGEMENT
7700 SUNSET BOULEVARD
LOS ANGELES,CA 90046


NYS Sales Tax
State Campus
Albany, NY 12227


ONE SOURCE PRINTING AND GRAPHICS
108 WEST 39TH STREET,3RD FL.
NEW YORK,NY 10018


PANDA INTERNATIONAL
247 WEST 38TH STREET
NEW YORK,NY 10018


PAPER CLIPS,INC.
P.O.BOX 402
WOOD-RIDGE,NJ 07075-0402


PETER SOM
2 HORATIO STREET
APT.3A
NEW YORK NY 10014


PIONEER EXTERMINATING CO.,INC.
45 BROADWAY,8TH FL.
NEW YORK,NY 10006


POLAND SPRING
P.O.BOX 52271
PHOENIX,AZ 85072-2271


PRECISION INTERCONNECT
161 EAST 32ND STREET
NEW YORK,NY 10016

PURCHASE POWER
P.O.BOX 856042
LOUISVILLE,KY 40285-6042


R & C APPAREL CORP.
344 WEST 38TH STREET
2ND FL.
NEW YORK,NY 10018


RATTI SPA C/O UNICREDITO ITALIANO
150EAST 42ND STREET,32ND FL.
NEW YORK,NY 10017


RED MODEL MANAGEMENT-NYC
15 BROAD STREET
SUITE 3320
NEW YORK,NY 10005


REMARKABLE BUTTONS
242 WEST 36TH STREET
10TH FL.
NEW YORK,NY 10018


RONAL SALES
148 WEST 37TH STREET
NEW YORK,NY 10018


THE GLOBAL FUR GROUP
150 WEST 30TH STREET
5TH FL.
NEW YORK,NY 10001


THE STATE INSURANCE FUND WORKERS CO
P.O.BOX 4788
SYRACUSE,NY 13221-4788


THE SUPPORTING CAST
10 EAST 40TH.STREET
SUITE #1300
NEW YORK,NY 10016

TIFFANY CARTING CORP.
465 JOHNSON AVE
BROOKLYN,NY 11237


TRADE MARK DI NICOLA SCIELDONE
VIA BOLOGNA 340,59100 PRATO
ITALY


TRANSATLANTIC TEXTILES,INC.
232 MADISON AVE
# 805
NEW YORK,NY 10016


UPS
P.O.BOX 4980
HAGERTOWN,MD 21747-4980


UPS SUPPLY CHAIN SOLUTIONS
28013 NETWORK PLACE
CHICAGO,IL 60673-1280


VERIZON
P.O.BOX 15124
ALBANY,NY 12212-5124


VNY MODEL MANAGEMENT
928 BROADWAY
SUITE 800
NEW YORK NY 10010


WOMEN MGMT-NEW YORK
199 LAFAYETTE STREET
7TH FLOOR
NEW YORK,NY 10012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   **Bill Blass Ltd, LLC**

Case No. _____

Debtor

Chapter   **7**   _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **9** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **12/31/2008**

Signed:   **s/ Craig Hoffman**
**Craig Hoffman**

Signed:   **/s/ Harold S. Berzow**
**Harold S. Berzow**
Attorney for Debtor(s)
Bar no.:   **HB 8261**
**Ruskin Moscou Faltischek, PC**
**1425 RexCorp Plaza**
**Uniondale, NY  11556**
Telephone No.:   **(516) 663-6600**
Fax No.:
E-mail address: